# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-3347
_____

Lucrecia Vicente-Perez De Lopez; J.R.L.

*Petitioner*s

v.

Merrick B. Garland, Attorney General of the United States

*Respondent*
_____

Petition for Review of an Order of the
Board of Immigration Appeals
_____

Submitted: May 24, 2024
Filed: May 30, 2024
[Unpublished]
_____

Before SHEPHERD, GRASZ, and STRAS, Circuit Judges.
_____

PER CURIAM.

Guatemalan citizens Lucrecia Vicente-Perez de Lopez and her child, J.R.L., petition for review of an order of the Board of Immigration Appeals (BIA). Having jurisdiction under 8 U.S.C. § 1252, this court denies the petition.

This court finds no error in the BIA's determination that Vicente-Perez was not entitled to asylum.  See de la Rosa v. Barr, 943 F.3d 1171, 1173-74 (8th Cir. 2019) (standard of review); 8 U.S.C. § 1158(b)(1) (asylum eligibility requirements).  A reasonable factfinder could conclude Vicente-Perez did not establish past persecution or a well-founded fear of future persecution.  See Cano v. Barr, 956 F.3d 1034, 1039 (8th Cir. 2020).  Substantial evidence also supports the agency's denial of withholding of removal.  See Guled v. Mukasey, 515 F.3d 872, 881 (8th Cir. 2008) (noncitizen who does not establish eligibility for asylum cannot meet more rigorous standard of proof for withholding of removal).

The petition is denied.  See 8th Cir. R. 47B.

_____